# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOAN V. KYLE,** | **Case No.: 4:12-cv-2300 KAW** |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| vs. | |
| **COUNTY OF ALAMEDA,** | |
| Defendant. | |

On September 11, 2012, the Court held a case management conference. Defense counsel was not present, and the Court has received no explanation or excuse for counsel's non-appearance.

Accordingly, it is hereby ORDERED that Defendant must show cause within seven days of the date of this order why it or its counsel should not be sanctioned for failing to attend the case management conference.

**DATE: September 11, 2012**

_____
**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**