UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN V. KYLE,<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTY OF ALAMEDA,<br><br>    Defendant. | Case No.: 4:12-cv-2300 KAW<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

On September 11, 2012, the Court ordered Defendant to show cause why it should not be sanctioned for failing to attend a case management conference. Defense counsel timely filed a response to the order to show cause, explaining that counsel's failure to appear at the case management conference was caused by a miscommunication with her staff resulting in a calendaring error.

Accordingly, it is ORDERED that the Court's September 11 order to show cause is hereby discharged.

**DATE: September 24, 2012**

_____
**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**