UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN V. KYLE,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF ALAMEDA,<br><br>    Defendant. | Case No.: 4:12-cv-2300 KAW<br><br>ORDER |

    Plaintiff has filed a motion to amend her complaint, together with a proposed amended complaint. Dkt #29, 30. Defendant has filed a statement of non-opposition to the motion to amend. Dkt #31. Plaintiff's motion to amend is therefore granted, and the proposed amended complaint serves as the operative complaint in this case. *See* Fed. R. Civ. P. 15(a)(2) (party may amend its pleading with the opposing party's written consent). The November 13, 2012 hearing on the motion to amend is taken off of the Court's calendar.

    It appears that Plaintiff has filed two copies of the proposed amended complaint and supporting exhibits at docket entry 30, and that some of the pages are out of order. For clarity's sake, Plaintiff is ordered to re-file a single, complete copy of the amended complaint within three days of the date of this order.

**DATE: October 16, 2012**

_____
**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**