DONNA R. ZIEGLER [142415]
County Counsel
MARY ELLYN GORMLEY [154327]
Assistant County Counsel
Office of County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone:   (510) 272-6700

Attorney for Defendants

BRIAN K. ROSS [SBN 163940]
11854 Dublin Blvd.
Dublin, CA 94568
Telephone: (925) 803-9450

Attorney for *Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND DIVISION)

| | |
|---|---|
| JOAN V. KYLE,<br><br>              Plaintiff,<br>   v.<br><br>COUNTY OF ALAMEDA, DEPUTY A. HUYHN and DEPUTY R. MORALES,<br><br>              Defendants. | Case No.: C12-02300 KAW<br><br>**STIPULATION AND [PROPOSED] ORDER** |

     Pursuant to Civil Local Rule 6-2, the parties hereto, through their respective attorneys of record, hereby STIPULATE to an extension of time within which to file and hear motions for summary judgment in this matter.

     Good cause exists to extend the summary judgment time frame, in that the parties continue to engage in good faith settlement negotiations which each believes may resolve the matter.

     No previous extensions of time have been granted in this matter.

---

**STIPULATION AND [PROPOSED] ORDER, Case No.  C12-02300 KAW**                                                                                              1

The schedule proposed by the parties will not affect the June 10, 2013 trial date or any previously scheduled pre-trial dates.

NOW, THERFORE, THE PARTIES STIPULATE AS FOLLOWS:

| | |
|---|---|
| February 22, 2013 | last day for Defendants to file their motion for summary judgment. |
| March 8, 2013 | last day for Plaintiff to file her opposition to motion for summary judgment. |
| March 15, 2013 | last day for Defendant's optional reply |
| April 4, 2013 | hearing on motion for summary judgment. |

Respectfully submitted,

DATED: February 5, 2013      DONNA R. ZIEGLER,
County Counsel in and for the
County of Alameda, State of California

By    /s/ Mary Ellyn Gormley
       Mary Ellyn Gormley
       Assistant County Counsel

Attorneys for County of Alameda

DATED:      February 5, 2013

By    /s/ Brian K. Ross
       BRIAN K. ROSS

Attorney for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 7, 2013

_Kandis Westmore_
UNITED STATES MAGISTRATE