1 DONNA R. ZIEGLER [142415]
County Counsel
2 MARY ELLYN GORMLEY  [154327]
Assistant County Counsel
3 Office of County Counsel, County of Alameda
1221 Oak Street, Suite 450
4 Oakland, California 94612
Telephone:   (510) 272-6700
5
Attorney for Defendants
6

7 BRIAN K. ROSS  [SBN 163940]
11854 Dublin Blvd.
8 Dublin, CA 94568
Telephone: (925) 803-9450
9
Attorney for *Plaintiff*
10

11

12 UNITED STATES DISTRICT COURT

13 NORTHERN DISTRICT OF CALIFORNIA (OAKLAND DIVISION)

14

15 JOAN V. KYLE,                              Case No.: C12-02300 KAW

16                Plaintiff,                 **STIPULATION AND [PROPOSED]**
       v.                                    **ORDER**
17
   COUNTY OF ALAMEDA, DEPUTY A.
18 HUYHN and DEPUTY R. MORALES,

19                Defendants.

20

21     Pursuant to Civil Local Rule 6-2, the parties hereto, through their respective

22 attorneys of record, hereby STIPULATE to an extension of time within which to file and

23 hear motions for summary judgment in this matter.

24     Good cause exists to extend the summary judgment time frame, in that the

25 parties continue to engage in good faith settlement negotiations which each believes

26 may resolve the matter.

27     No previous extensions of time have been granted in this matter.

28

**STIPULATION AND [PROPOSED] ORDER, Case No.  C12-02300 KAW**                               1

The schedule proposed by the parties will not affect the June 10, 2013 trial date or any previously scheduled pre-trial dates.

NOW, THERFORE, THE PARTIES STIPULATE AS FOLLOWS:

February 22, 2013    last day for Defendants to file their motion for summary judgment.

March 8, 2013    last day for Plaintiff to file her opposition to motion for summary judgment.

March 15, 2013    last day for Defendant's optional reply

April 4, 2013    hearing on motion for summary judgment.

Respectfully submitted,

DATED: February 5, 2013    DONNA R. ZIEGLER,
County Counsel in and for the
County of Alameda, State of California

By    /s/ *Mary Ellyn Gormley*
Mary Ellyn Gormley
Assistant County Counsel

Attorneys for County of Alameda

DATED: February 5, 2013

By    /s/ *Brian K. Ross*
BRIAN K. ROSS

Attorney for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 7, 2013

*Kandis Westmore*
UNITED STATES MAGISTRATE