# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN V. KYLE, | Case No.: 4:12-cv-2300 KAW |
| Plaintiff, | ORDER OF CONDITIONAL DISMISSAL |
| vs. | |
| COUNTY OF ALAMEDA, | |
| Defendant. | |

The Court having been advised that the parties have agreed to a settlement of this case,

IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice; provided, however, that if any party hereto shall certify to this Court, within 60 days of the date of this order, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial. All further dates are vacated.

DATE: April 11, 2013

_____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE